IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>              Plaintiff,                     )<br>                                                          )<br>     v.                                              )         Criminal Action No. 24-106-RGA<br>                                                          )<br>WENDELL LYNN SMALLWOOD, JR.,  )<br>                                                          )<br>              Defendant.                  )  | |

**ORDER**

At Wilmington this **14th** day of **November, 2024**, having been advised by counsel that Defendant intends to enter a plea of guilty;

IT IS HEREBY ORDERED that an initial appearance and plea hearing is scheduled to commence on **December 20, 2024,** at **2:00 p.m.**, in courtroom 6A, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time from November 14, 2024, until December 20, 2024, is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. See 18 U.S.C.§ 3161(h)(7)(A).

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE